```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――――――――――――――
ADAM POTTER,

                    Plaintiff,          20cv4599 (JGK)

       - against -                      ORDER

BEACON INTERCONTINENTAL GRP., et
al.,

                    Defendants.
――――――――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

    The Clerk is directed to unseal this case.

SO ORDERED.

Dated:    New York, New York
            July 7, 2020            _____/s/ John G. Koeltl_____
                                                John G. Koeltl
                                   United States District Judge