UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM POTTER,

        Plaintiff,

- against -

BEACON INTERCONTINENTAL GROUP, INC. et al.,

        Defendant.

20 Civ. 4599 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The motion to dismiss in docket no. 15 is denied without prejudice as moot. The plaintiff has filed an amended complaint and the defendants have answered. The clerk is directed to close docket no. 15.

SO ORDERED.

Dated:    New York, New York
          October 22, 2020

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020