```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
ADAM POTTER,                              20 Civ. 4599 (JGK)

                Plaintiff,                ORDER

        - against -

BEACON INTERCONTINENTAL GROUP, INC.
ET AL.,

                Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to file a Rule 26(f) report by **December 18, 2020.**

**SO ORDERED.**

**Dated:    New York, New York
           December 3, 2020**

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge