```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
ADAM POTTER,                                    20 Civ. 4599 (JGK)

                Plaintiff,              ORDER

        - against -

BEACON INTERCONTINENTAL GROUP, INC.
ET AL.,

                Defendants.
_____
```

**JOHN G. KOELTL, District Judge:**

The December 3, 2020 Order is rescinded.  No further Rule 26(f) Report is required at this time.

**SO ORDERED.**

**Dated:    New York, New York**
           **December 9, 2020**

                                                                         /s/ John G. Koeltl
                                                                           John G. Koeltl
                                                            United States District Judge