```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

ADAM POTTER,

                Plaintiff,

    - against -

BEACON INTERCONTINENTAL GROUP, INC. ET AL.,

                Defendants.

20 Civ. 4599 (JGK)

ORDER

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties should file their Motions for Judgment on the Pleadings by March 3, 2021. Responses will be due on March 17, 2021 and replies will be due on March 27, 2021.

The parties should submit a revised scheduling order adjourning all deadlines by 120 days.

**SO ORDERED.**

Dated:    New York, New York
            February 17, 2021

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge