UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM POTTER,

        Plaintiff,

- against -

BEACON INTERCONTINENTAL GROUP, INC. ET AL.,

        Defendants.

20-cv-4599 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For reasons stated on the record at the teleconference held on May 26, 2021, the motions for judgment on the pleadings and the Rule 11 motion are **denied**.

The Clerk is directed to close docket numbers 34, 47, 51, 53, 60, 62, 63, and 67.

SO ORDERED.

Dated:    New York, New York
           May 26, 2021

                                            John G. Koeltl
                                       United States District Judge