**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

              Plaintiff,

              -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

              Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 119.

The Court will hold an in-person status conference in this matter on **Tuesday**, **December 13, 2022, at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file a joint conference agenda by **December 6, 2022**.

**SO ORDERED.**

                                              _s/ Ona T. Wang_

Dated: November 7, 2022                **Ona T. Wang**
       New York, New York           United States Magistrate Judge