

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

JOHN A. WAIT
Direct No: 212.878.7907
Email: JWait@FoxRothschild.com

December 6, 2022

*VIA ECF*

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Adam Potter v. Beacon Intercontinental Group, Inc., et al.*, **No. 1:20-cv-04599-JGK-OTW**

Dear Judge Wang:

I write jointly on behalf of our client, Plaintiff/Counterclaim Defendant Adam Potter ("Potter"), and Defendants/Counterclaim Plaintiffs Beacon Intercontinental Group, Inc. ("Beacon") and Business Insurance Holdings, Inc. ("BIH," with Beacon, "Defendants"), to submit an agenda for the in-person status conference scheduled for December 13, 2022 at 2:30 p.m.  ECF No. 121.

## AGENDA

1. **Initial discovery disputes raised by Potter.** ECF Nos. 119, 120.

    a. The depositions of Defendants' corporate representative(s).

    b. Information exchanged with Beacon's lender for the underlying transaction, and the lender's owner, concerning BIH, Potter, and the loan transaction.

    c. Defendants' Attorneys' Eyes Only designation of deposition testimony concerning the loan transaction and related documents.

2. **Defendants' Unopposed Request for Leave to Amend their Second Amended Answer, Affirmative Defenses, and Counterclaim.**  ECF Nos. 122, 123.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



Honorable Ona T. Wang
December 6, 2022
Page 2

3. **Additional discovery disputes raised by Potter.**

   a. The status of Defendants' search for and supplemental production of (i) financial documents and (ii) documents and communications concerning meeting minutes/agendas.

   b. Potter's request for information supporting his veil-piercing theory of liability.

   c. Potter's request for information concerning allegations in Defendants' counterclaim, including supplemental/revised allegations in Defendants' proposed third amended counterclaim.

   d. Potter's request for Defendants' tax returns.

   e. Potter's request for information concerning Defendants' efforts to mitigate their alleged damages.

   f. Defendants' identified custodians/custodial files.

4. **Resetting pre-trial deadlines, including the fact discovery deadline.**  ECF No. 121.

Sincerely,

John A. Wait
JAW

cc:   All counsel of record (*via* ECF)