

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

JOHN A. WAIT
Direct No: 212.878.7907
Email: JWait@FoxRothschild.com

January 6, 2023

<u>VIA ECF</u>

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Adam Potter v. Beacon Intercontinental Group, Inc., et al.*, No. 1:20-cv-04599-JGK-OTW
   <u>Letter-Motion to File Discovery Motion Materials Under Seal</u>

Dear Judge Wang:

We write on behalf of Adam Potter ("Potter") pursuant to Paragraph III(d) and IV of Your Honor's Individual Procedures, and Local Rule 5.2, for permission to file under seal the materials submitted in support of a discovery motion.

At a December 13, 2022 pre-motion conference, Your Honor permitted Potter to file a motion to compel and to reduce the confidentiality designations of certain documents under the operative protective order entered in this case (the "Motion"). *See* Tr. at 59:17-18.[1] Moreover, Your Honor also instructed Potter to file the supporting materials *provisionally under seal* because the Motion challenges in part certain confidentiality designations made by Defendants/Counterclaim Plaintiffs Beacon Intercontinental Group, Inc. and Business Insurance Holdings, Inc. *Id.* at 59:25-60:2-19, 64:2-10.

Thank you for Your Honor's time and attention to this matter.

Respectfully Submitted,

John A. Wait

---

[1] A copy of the transcript from the December 13, 2022 conference is attached to the motion as Exhibit K.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington