**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADAM POTTER,                              :
                                          :
               Plaintiff,      :        20-CV-4599 (JGK) (OTW)
                                          :
               -against-      :        **SCHEDULING ORDER**
                                          :
BEACON INTERCONTINENTAL GROUP, INC.,      :
ET AL.,                                   :
                                          :
             Defendants.       :
                                          :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person status conference in this matter on **Tuesday**, **April 4, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file a joint conference agenda by **March 31, 2023**.

      **SO ORDERED.**

                                                                            _s/  Ona T. Wang_
Dated: January 30, 2023                                **Ona T. Wang**
       New York, New York                  United States Magistrate Judge