**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

               Plaintiff,

               -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

               Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 132, 138, and 141.

**By February 10, 2023**, counsel for Defendants shall file a letter explaining to the Court why Paragraph 7 of the Protective Order in this action is not sufficient to prevent disclosure of any confidential documents or testimony.

Also **by February 10, 2023**, Plaintiff's counsel shall file a letter explaining to the Court whether the purpose of de-designating the deposition transcripts referenced in ECF 132 is so that Plaintiff may review the deposition transcripts in their entirety, or whether Plaintiff wishes to review them for some other reason.

Both letters shall be filed under seal, and shall not exceed two single-spaced pages.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: February 6, 2023
       New York, New York