UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM POTTER,
        Plaintiff/Counterclaim Defendant

                    20 civ 4599 (JGK)

      -against-

                    **ORDER**

BEACON INTERCONTINENTAL GROUP, INC.
and BUSINESS INSURANCE HOLDINGS, INC.,
        Defendants/Counterclaim Plaintiffs.
-----------------------------------------------------------------X

        Counsel for the defendants/counterclaim plaintiffs have moved to withdraw as counsel.

        The motion is returnable on **Thursday, February 16, 2023, at 3:30pm. A representative of the defendants/counterclaim plaintiffs is required to attend the remote conference. Dial-in: 888 363-4749, with access code 8140049.**

        **Counsel for the defendants/counterclaim plaintiffs is directed to serve the defendants/counterclaim plaintiffs a copy of this order, together with the motion, immediately upon receipt.** The defendants/counterclaim plaintiffs shall respond to the motion by **February 12, 2023. Failure to respond to the motion may be grounds for the granting of the motion on default.**

        Counsel shall file proof of service of this order and the motion papers by **February 12, 2023.**

**SO ORDERED.**

                                    _____
                                    **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 8, 2023