

Scott D. Woller
*Senior Counsel*
212 909-9530 DIR TEL
swoller@wmllp.com

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

February 9, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Adam Potter v. Beacon Intercontinental Group, Inc., et al.*
              Case No. 1:20-cv-04599-JGK-OTW

Dear Judge Koeltl:

      This firm is newly retained counsel for defendants/counterclaim plaintiffs Beacon Intercontinental Group, Inc., and Business Insurance Holdings, Inc. ("Defendants"). I write regarding this Court's Order (ECF 150) scheduling a conference on Thursday, February 16, 2023, in connection with the pending motion to withdraw as counsel to Defendants ("Motion to Withdraw") filed by DLA Piper LLP ("DLA").

      Defendants consent to DLA's withdrawal and will not oppose the Motion to Withdraw. We are prepared to attend the scheduled conference; however, in light of Defendants' consent to DLA's withdrawal, we respectfully suggest that, unless there are other issues that the Court would like to discuss, the need for the conference has been obviated.

      Respectfully submitted,

      /s/*Scott D. Woller*
      Scott D. Woller

cc: All Counsel of Record (via ECF)

{100646-001/00377357-1}