

Scott D. Woller
*Senior Counsel*
212 909-9530 DIR TEL
swoller@wmllp.com

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

February 9, 2023

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Adam Potter v. Beacon Intercontinental Group, Inc., et al.*
               Case No. 1:20-cv-04599-JGK-OTW

Dear Judge Wang:

      This firm is newly retained counsel for defendants/counterclaim plaintiffs Beacon Intercontinental Group, Inc., and Business Insurance Holdings, Inc. ("Defendants"). On behalf of Defendants and plaintiff/counterclaim defendant Adam Potter ("Plaintiff"), I write to request a seven-day extension of the date by which Defendants and Plaintiff must file their respective letters in response to this Court's Order dated February 6, 2023 (ECF 144) (the "Feb. 6 Order"). Pursuant to the Feb. 6 Order, counsel for Defendants and counsel for Plaintiff must file their respective letters by February 10, 2023. Accordingly, we request that the deadline to file the letters be extended to February 17, 2023.

      Counsel for Plaintiff joins in and consents to this joint request for an extension. This is the first request for an extension of the deadline to file the letters required by the Feb. 6 Order.

                                                          Respectfully submitted,

                                                          /s/*Scott D. Woller*
                                                          Scott D. Woller

cc: All Counsel of Record (via ECF)

{100646-001/00377319-1}