UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM POTTER,

                        Plaintiff,

   -against-

BEACON INTERCONTINENTAL GROUP, INC., and BUSINESS INSURANCE HOLDINGS, INC.,

                        Defendants.

Case No. 1:20-cv-4599 (JGK)

**NOTICE OF APPEARANCE**

**TO:** The clerk of the court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this court and hereby appear in the above-captioned action as counsel for defendants Beacon Intercontinental Group, Inc., and Business Insurance Holdings, Inc.

Dated: New York, New York
February 9, 2023

WACHTEL MISSRY LLP

By: */s/Stella L. Sainty*
Stella L. Sainty
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
ssainty@wmllp.com

*Attorneys for Defendants Beacon Intercontinental Group, Inc., and Business Insurance Holdings, Inc.*