**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

                Plaintiff,

                -against-

BEACON INTERCONTINENTAL GROUP, INC., ET AL.,

                Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

By **April 11, 2023**, the parties shall file either a joint or separate letters on the docket, informing the Court of any potential applicability of 28 U.S.C. § 455.

**SO ORDERED.**

Dated: April 4, 2023
      New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge