**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ADAM POTTER,                                        :
                                                    :
              Plaintiff,            :           20-CV-4599 (JGK) (OTW)
                                                    :
           -against-             :
                                                    :           **ORDER**
                                                    :
BEACON INTERCONTINENTAL GROUP, INC.,                :
ET AL.,                                             :
                                                    :
              Defendants.            :
                                                    :

-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person status conference in this matter on **Wednesday, May 24,**

**2023 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties

shall file a joint conference agenda by May 22, 2023.

      **SO ORDERED.**

                                       *s/ Ona T. Wang*

Dated: May 15, 2023                  **Ona T. Wang**
       New York, New York         United States Magistrate Judge