**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

                Plaintiff,

                -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

                Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 172. The parties' request to adjourn the May 17, 2023, status conference is **GRANTED**.

The conference is hereby adjourned to **Wednesday, June 21, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by June 19, 2023.

        **SO ORDERED.**

Dated: May 23, 2023
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge