**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

                Plaintiff,

                -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

                Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a Status Conference on June 21, 2023. As discussed at the conference, Plaintiff shall file a supplemental letter brief **by Friday, June 30, 2023,** explaining how recently produced documents further support Plaintiff's de-designation and veil piercing arguments. (*See* ECF 131-133). Defendants' response is due **by Wednesday, July 12, 2023**. There shall be no replies. The letter briefs shall be no more than five pages each, exclusive of exhibits.[1]

        Defendants shall make their production database fully accessible to Defendants' counsel **by Friday, July 21, 2023**. The Court shall impose monetary sanctions for each calendar day after July 21, 2023, that defense counsel is not provided access. Unless good cause is shown, sanctions will be equal to the amount of the daily prorated charge for maintaining the database. Defendants shall finish document production from the database **by Friday, September 8, 2023**.

---

[1] Parties shall refer to documents by Bates number. Parties should not file or attach any exhibits that have been designated "Confidential" or "Attorneys' Eyes Only" unless directed to do so by the Court.

The Court will hold an in-person Status Conference on **Tuesday, September 19, 2023, at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint agenda for the Status Conference **by Thursday, September 14, 2023**.

**SO ORDERED.**

Dated: June 21, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge