UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM POTTER,

              Plaintiff,

      - against -             23-cv-2914 (JGK)

BEACON INTERCONTINENTAL GROUP, INC.,    <u>ORDER</u>

              Defendant.

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference today, the time for the defendant to move or answer the complaint in this action is extended to **July 14, 2023.** If the defendant moves to dismiss the complaint, the plaintiff shall respond by **August 4, 2023,** and the defendant may reply by **August 18, 2023.**

    The Clerk is directed to enter this Order in No. 23-cv-2914 and No. 20-cv-4599.

SO ORDERED.

Dated:    New York, New York
          June 26, 2023

                          John G. Koeltl
                 United States District Judge