```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADAM POTTER,                                                 :
                                                             :
                        Plaintiff,                           :     20-CV-4599 (JGK) (OTW)
                                                             :
            -against-                                        :     ORDER
                                                             :
BEACON INTERCONTINENTAL GROUP, INC.,                         :
ET AL.,                                                      :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' letter. (ECF 177). The parties' request to be relieved of further briefing of their de-designation arguments in ECF 175 is **GRANTED**.

As to the motion to compel, the Court addressed and resolved the issue at the June 21, 2023, status conference (*see* transcript), and formalized its ruling in ECF 175. To the extent Defendants are requesting an extension of the July 21 and September 8 deadlines in ECF 175, they are **DENIED without prejudice to renewal** after the parties obtain and review a copy of the June 21, 2023 transcript.

The Clerk of Court is respectfully directed to close ECF 131.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: July 17, 2023  
       New York, New York

**Ona T. Wang**  
United States Magistrate Judge