**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

           Plaintiff,

       -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

           Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 181.

Defendants' request to defer sanctions until a showing that they are unable to meet the September 8, 2023, document production deadline is **DENIED without prejudice** pending the following:

(1) Defendants shall provide, by filing on the docket, the amount of the "daily prorated charge" for maintaining the production database (*see* ECF 175), **no later than Friday, August 4, 2023**; and

(2) Defendants have filed the June 21, 2023, status conference transcript on the docket, as ordered in ECF 180, to be filed on Friday, August 4, 2023.

    **SO ORDERED.**

Dated: August 1, 2023
       New York, New York

                  *s/ Ona T. Wang*
                  **Ona T. Wang**
                  United States Magistrate Judge