**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ADAM POTTER,

                Plaintiff,

                -against-

BEACON INTERCONTINENTAL GROUP, INC., ET AL.,

                Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference in this matter on September 19, 2023. As discussed at the conference, the parties are directed to file a joint status letter **by Friday, September 29, 2023**, indicating (1) whether the end of fact discovery will be Friday, November 17, 2023 or Friday, December 15, 2023, and (2) proposing an expert discovery deadline.

        **SO ORDERED.**

Dated: September 19, 2023
       New York, New York

                                            _s/ Ona T. Wang_
                                            **Ona T. Wang**
                                            United States Magistrate Judge