**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ADAM POTTER,                                                :
                                                            :
                 Plaintiff,                                 :     20-CV-4599 (JGK) (OTW)
                                                            :
                 -against-                                  :     ORDER
                                                            :
BEACON INTERCONTINENTAL GROUP, INC.,                        :
ET AL.,                                                     :
                                                            :
                 Defendants.                                :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Tuesday, December 19, 2023. As discussed at the conference, the parties are directed to file a joint status letter **by Friday, December 22, 2023**, providing proposed blackout dates for an in-person settlement conference in January, February, or March 2024.

**SO ORDERED.**

Dated: December 19, 2023
       New York, New York

                                                                                   *s/ Ona T. Wang*
                                                                                    **Ona T. Wang**
                                                                                    United States Magistrate Judge