**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ADAM POTTER,

           Plaintiff,

           -against-

BEACON INTERCONTINENTAL GROUP, INC., ET AL.,

           Defendants.

------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Tuesday, August 14, 2024. As discussed at the conference:

- By **August 20, 2024**, Defendants' counsel will propose to Plaintiff specific means of securing the settlement; and

- By **August 23, 2024**, Plaintiff's counsel will provide Chambers with a confidential submission regarding how Plaintiff wishes to proceed. Plaintiff's counsel may submit Defendants' August 20 correspondence to Chambers along with his submission.

**SO ORDERED.**

Dated: August 14, 2024
       New York, New York

                                        *s/ Ona T. Wang*
                                           **Ona T. Wang**
                                    United States Magistrate Judge