UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM POTTER,

                Plaintiff,        No. 20-cv-4599 (JGK)

      - against -                ORDER

BEACON INTERCONTINTAL GROUP INC., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The Court is in receipt of the plaintiff's motion for settlement enforcement and for sanctions (ECF No. 229). The defendants should respond to the motion by **October 31, 2024**. The plaintiff may reply by **November 7, 2024**.

SO ORDERED.

Dated:    New York, New York
          October 17, 2024

                                         John G. Koeltl
                                United States District Judge