```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ADAM POTTER,

                Plaintiff,

- against -

BEACON INTERCONTINENTAL GROUP, INC., ET AL.,

                Defendants.

20-cv-4599 (JGK)
23-cv-2914 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The parties are directed to appear for a conference in connection with the plaintiff's motion for settlement enforcement and for sanctions on **Tuesday, December 10, 2024**, at **3:30 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                     /s/ John G. Koeltl
                                     John G. Koeltl
                             United States District Judge