UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM POTTER,

           Plaintiff,         No. 20-cv-4599 (JGK)

  - against -            ORDER

BEACON INTERCONTINTAL GROUP INC., ET AL.,

           Defendants.

---

JOHN G. KOELTL, District Judge:

    Counsel for the parties should appear in person for the conference scheduled for tomorrow, December 10, 2024, at 3:30 p.m. Clients are not required to attend but may attend either in person or remotely. Clients who wish to attend remotely may do so at dial-in 646-453-4442, with conference ID 67527833#.

    Counsel should provide a copy of this Order to their clients.

SO ORDERED.

Dated:    New York, New York
          December 9, 2024

                                          John G. Koeltl
                                  United States District Judge