```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

ADAM POTTER,

                Plaintiff,      20-cv-4599 (JGK)
                                                23-cv-2914 (JGK)

    - against -

                                                    <u>ORDER</u>

BEACON INTERCONTINENTAL GROUP,
INC., ET AL.,

                Defendants.

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record today, the plaintiff's motion to enforce the settlement agreement is **granted**, and the plaintiff's motion for sanctions is **granted** to the extent that the plaintiff is awarded the costs and attorney's fees for this motion to enforce the settlement agreement.

    The Court will reopen this case because the parties have a dispute over the enforcement of the settlement agreement.

    The defendants are ordered to comply with the settlement agreement and to pay the plaintiff $225,000 forthwith. Within fourteen days, the plaintiff may submit an application for attorney's fees and costs of this motion. The Clerk is

respectfully directed to close all pending motions and to mark the case opened on the docket of the Court.

SO ORDERED.

Dated: New York, New York
December 10, 2024

_____
John G. Koeltl
United States District Judge