```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————————

ADAM POTTER,

                Plaintiff,

    - against -

BEACON INTERCONTINENTAL GROUP, INC.,

                Defendant.

20-cv-4599 (JGK)
23-cv-2914 (JGK)

ORDER

———————————————————————————

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear on **Wednesday, December 18, 2024** at **12:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated:    New York, New York
            December 13, 2024

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge