UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ADAM POTTER, | 20-cv-4599 (JGK) |
| | 23-cv-2914 (JGK) |
| Plaintiff, | |
| | ORDER |
| - against - | |
| BEACON INTERCONTINENTAL GROUP, INC., ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The conference scheduled for December 30, 2024, is **adjourned** to **Monday, January 6, 2025**, at **3:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
         December 23, 2024

                                    _____
                                       John G. Koeltl
                                    United States District Judge