**MEMO ENDORSED.**



Scott D. Woller
*Senior Counsel*
212 909-9530 DIR TEL
swoller@wmllp.com

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

March 19, 2025

> Defendants' request to further delay the April 24 conference is denied. Out of consideration for the Acuntos' travel plans, however, the in-person status conference is rescheduled to **Friday, March 21, 2025, at 11:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.
>
> SO ORDERED.
>
> _____
> Ona T. Wang                                    Mar. 19, 2025
> U.S.M.J.

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Potter v. Beacon Intercontinental Group, Inc., et al.*, No. 1:20-cv-04599
      *Potter v. Beacon Intercontinental Group, Inc.*, No. 1:23-cv-02914

Dear Judge Wang:

As Your Honor may recall, this firm represents defendants/counterclaim plaintiffs Beacon Intercontinental Group, Inc., and Business Insurance Holdings, Inc. ("Defendants"), in the above-reference consolidated actions. I write respectfully to request an adjournment of the in-person conference scheduled for Thursday, April 24, 2025, at 10:00 a.m. (ECF 274).

The reason for the requested adjournment is that Stephen and Carole Acunto will be in Europe throughout the month of April because Mr. Acunto is in the process of publishing a book with His Holiness Pope Francis. Both Mr. and Mrs. Acunto will be back in the United States during the first two weeks of May and would be available for a conference during that time. Alternatively, the Acuntos could appear telephonically or virtually through Microsoft Teams on April 24th or on another date convenient for the Court.

In the meantime, I have been authorized to make an offer to Plaintiff to resolve the last remaining settlement issue, and I will communicate that offer to Plaintiff's counsel. Hopefully, the parties can resolve this last issue without the Court's intervention, and we will apprise the Court if that happens.

Respectfully submitted,

/s/*Scott D. Woller*
Scott D. Woller

cc: All Counsel of Record (via ECF)

{100646-001/00383731-2}