**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
ADAM POTTER,

               Plaintiff,                   20-CV-4599 (JGK) (OTW)

        -against-                  **ORDER**

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

               Defendants.
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 277.

The status conference currently scheduled for March 21, 2025, is adjourned to Tuesday, March 25, 2025, at 11:00 a.m., in Courtroom 20D, 500 Pearl Street, New York 10007. **There will be no further adjournments.**

The conference will be in-person. **Stephen and Carole Acunto, the owners of Defendant Beacon Intercontinental Group, are required to attend in person.** Counsel for all parties is also required to attend. Mr. Potter need not attend, but shall be available by telephone.

**Either counsel's or either of the Acuntos' failure(s) to appear in person may result in sanctions on that person's failure to appear under Rule 16 and the Court's inherent authority**.

The Clerk of Court is respectfully directed to close ECF 277.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: March 20, 2025                                **Ona T. Wang**
      New York, New York                        United States Magistrate Judge