UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ADAM POTTER,

               Plaintiff,

               -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

               Defendants.
------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties were directed to provide the Court with an update regarding the status of settlement by April 22, 2025.  (ECF 283).  On April 24, 2025, the parties requested an extension of that deadline to May 6, 2025, which the Court granted.  (ECF Nos. 285, 286).  No update has been provided.  The deadline to update the Court regarding settlement is extended to **Wednesday, May 21, 2025**.

It is further ordered that further action in connection with the Court's March 25 Order to Show Cause (ECF 279) is stayed.

     SO ORDERED.

Dated: May 16, 2025
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge