**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
ADAM POTTER,

              Plaintiff,

              -against-

BEACON INTERCONTINENTAL GROUP, INC.,
ET AL.,

              Defendants.
-------------------------------------------------------------x

20-CV-4599 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a follow-up **Preliminary Settlement Conference Call on Wednesday, June 18, 2025, at 4:00 p.m.** Counsel is directed to call Chambers at (212) 805-0260 when all counsel are on the line.

It is further ordered that further action in connection with the Court's March 25 Order to Show Cause (ECF 279) is **STAYED**.

**SO ORDERED.**

Dated: June 12, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge