**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADAM POTTER,

Plaintiff,

- against -

BEACON INTERCONTINENTAL
GROUP, INC., ET AL.,

Defendants.

20-cv-4599 (JGK)

Order

---

**John G. Koeltl, District Judge:**

Magistrate Judge Wang issued a Report and Recommendation dated June 3, 2026, recommending that the plaintiff be awarded $40,486.29 in attorney's fees and costs in connection with the plaintiff's motion to enforce the settlement. ECF No. 293. The defendants did not oppose that motion. The defendants also failed to object to the Report and Recommendation, and the time for objection has passed. The Court therefore reviews the Report and Recommendation for clear error. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); see also Jones v. Treubig, No. 16-cv-8080, 2022 WL 1223215, at *2 (S.D.N.Y. Apr. 26, 2022) ("Any part of the magistrate judge's disposition that is not specifically objected to is reviewed only for clear error.").

Having reviewed the Report and Recommendation, the Court finds it well-reasoned and adopts it in its entirety. The defendants are ordered to pay $40,486.29 to the plaintiff by **July 22, 2026.** No other request for relief is

pending, and the case has been settled. The Clerk is thus respectfully directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         June 22, 2026

_____
John G. Koeltl
United States District Judge