**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADAM POTTER,

                              Plaintiff,

        -against-                                       20 **CIVIL** 4599 (JGK)

                                                     **JUDGMENT**

BEACON INTERCONTINENTAL GROUP, INC.,
et al.,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2026, the Court adopts the Report & Recommendation in its entirety. The defendants are ordered to pay $40,486.29 to the plaintiff by July 22, 2026. No other request for relief is pending, and the case has been settled; accordingly, the case is closed.

**Dated:** New York, New York

        June 23, 2026

                                          **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

                  **BY:**   _____
                                **Deputy Clerk**